UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

RAFAEL PAJOJ GUARQUEX ET AL,                                :

                                        Plaintiffs,         :          20 Civ. 5533 (PAE)

                        -v-                                 :

                                                            :          ORDER

240 BBJ PUB INC. *d/b/a* JOHN'S SULLIVAN'S BAR &:           :
GRILL ET AL,                                                :

                                                            :

                                        Defendants.         :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion to reopen the above-captioned case. *See* Dkt. 61. The

Court denies this motion.

On September 13, 2021, having missed Magistrate Judge Debra Freeman's deadline to

file an amended complaint, and with discovery having closed in June, Judge Freeman instructed

the parties to consult this Court's individual rules regarding summary judgment motions or trial

submissions. *See* Dkt. 52. Plaintiffs did not, however, do either. Accordingly, on January 24,

2022, the Court ordered plaintiffs to show cause why the case should not be dismissed for failure

to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Dkt. 56. The Court

advised that cause may be shown by filing a pre-motion letter, pursuant to the Court's individual

rules, or filing a letter indicating a preference to proceed to trial. *Id.* The Court cautioned

"[f]ailure to do either will result in dismissal without prejudice of this case under Rule 41." *Id.*

On February 7, 2022, the Court received a request to extend the show cause deadline.

Dkt. 58. Plaintiffs informed the Court that they had recently retained new counsel and such

counsel required time to familiarize herself with the case. *Id.* Plaintiffs' counsel assured the

Court that she would "move diligently to move the case forward." *Id.* The same day, the Court extended the show cause deadline by one month, to March 7, 2022. Dkt. 59.

On March 31, 2022, having not received any filing from plaintiffs, the Court dismissed the case for failure to prosecute. Dkt. 60.

On April 8, 2022, the Court received a motion to reopen the case. Dkt. 61. Plaintiffs argued that dismissal pursuant to Rule 41 was too harsh a remedy.

In dismissing a case pursuant to Rule 41(b) dismissal, a court may consider whether "(1) the plaintiff's failure to prosecute caused a delay of significant duration; (2) plaintiff was given notice that further delay would result in dismissal; (3) defendant was likely to be prejudiced by further delay; (4) the need to alleviate court calendar congestion was carefully balanced against plaintiff's right to an opportunity for a day in court; and (5) the trial court adequately assessed the efficacy of lesser sanctions." *Sorokin v. N.Y. Cnty. Dist. Atty.'s Off.*, 535 F. App'x 3, 5–6 (2d Cir. 2013) (summary order).

Plaintiffs' delay was particularly egregious in this case. By March 31, 2022, when the Court dismissed this case, there had been no action in the case in the past nine months, when the parties had engaged in their last failed attempt at mediation. And discovery had been complete for 10 months, without plaintiff having moved for either summary judgment or indicating an intention to proceed to trial. Moreover, plaintiffs were warned explicitly, by order on January 24, 2022, that failure to show cause would result in dismissal with prejudice. The Court granted plaintiffs' request for an extension on that order, but plaintiffs failed to meet that deadline, too. Given the significant and repeated delays, and the Court's explicit warning, a dismissal without prejudice in this case was warranted.

Plaintiffs' motion to reopen the case is accordingly denied. The Clerk of the Court is respectfully directed to terminate the motion pending at docket 61.

SO ORDERED.

_Paul A. Engelmayer_

Paul A. Engelmayer
United States District Judge

Dated: August 5, 2022
New York, New York